B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Western District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lakes Super Market, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **38-2102847** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**25680 LPM Drive**<br>**Calumet, MI**<br>ZIPCODE **49913** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Houghton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:

- [x] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lakes Super Market, Inc.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____

    (Name of landlord that obtained judgment)

    _____

    (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                          Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lakes Super Market, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Dane P. Bays*
Signature of Attorney for Debtor(s)

**Dane P. Bays P71208**
**Bays Law Offices**
**109 E Prospect St**
**Marquette, MI  49855-3729**

**dbays15@aol.com**

**August 19, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Louis J. Meneguzzo*
Signature of Authorized Individual

**Louis J. Meneguzzo**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 19, 2014**
Date

**IN RE** <u>Lakes Super Market, Inc.</u>                                             Case No. _____

Debtor(s)

**VOLUNTARY PETITION**
**Continuation Sheet - Page 1 of 1**

All Other Names used by the Debtor in the last 8 years:

  **dba  Louie's Fresh Markets**
  **Louie's Super 2 Foods**
  **Louie's Super Foods**
  **Louie's Super Value**
  **dba  Quality Hardware Store**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Western District of Michigan

IN RE:                                                          Case No. _____

Lakes Super Market, Inc.                                       Chapter **11**
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Superior National Bank & Trust**<br>**205 S. Main St.**<br>**C/O Steward & Sheridan, PLC**<br>**Ishpeming, MI 49849** | | **Bank loan** | | **3,900,000.00**<br>**Collateral:**<br>**871,914.00**<br>**Unsecured:**<br>**3,028,086.00** |
| **Spartan Nash**<br>**111 Lyon St., NW, Ste 900**<br>**C/O Stephen B. Grow, Attorney At Law**<br>**Grand Rapids, MI 49503** | | **Trade debt** | | **1,600,000.00**<br>**Collateral:**<br>**876,914.00**<br>**Unsecured:**<br>**1,595,000.00** |
| **Do It Best**<br>**PO Box 868**<br>**Fort Wayne, IN 46801** | | | | **210,334.37** |
| **Spartan Nash**<br>**111 Lyon St. NW, Ste 900**<br>**C/O Stephen B. Grow**<br>**Grand Rapids, MI 49503** | | | | **77,711.28** |
| **Osceola Township Taxes**<br>**PO Box 437**<br>**Dollar Bay, MI 49922** | | | | **76,113.40** |
| **Ascentium**<br>**PO Box 301593**<br>**Dallas, TX 75303-1593** | | | | **69,314.00** |
| **US Bank**<br>**Po Box 790408 Cardmember Services**<br>**St Louis, MO 63179-0408** | | | | **64,033.00** |
| **Yellow Stone**<br>**160 Pearl Street, 5th Floor**<br>**New York, NY 10005** | | | | **59,910.00** |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | | | **50,000.00** |
| **Acuity**<br>**PO Box 718**<br>**Sheboygan, MI 53081** | | | | **48,522.00** |
| **Internal Revenue Service**<br>**Cincinnati, OH 45999-0039** | | | | **44,056.57** |
| **Sports Specialist Of Milw**<br>**Po Box 10 W194 N11664 Mccormick Dr.**<br>**Germantown, WI 53022-0010** | | | | **40,729.54** |
| **Green Light PSC Inc.**<br>**Harbor Park Dr**<br>**Port Washington, NY 11050** | | | | **34,349.84** |

| | |
|---|---:|
| **OHM Advisors**<br>**424 Hancock St**<br>**Hancock, MI  49930** | **24,071.50** |
| **H. Brooks & Company**<br>**500 Lakeview Point Dr**<br>**New  Brigton, MN  55112** | **23,270.00** |
| **Super Valu Payroll**<br>**7075 Flying Cloud Dr**<br>**Eden Prarie, MN  55344** | **20,735.14** |
| **State Of Michigan**<br>**PO Box 30199 Dep't Of Treasury**<br>**Lansing, MI  48909** | **20,000.00** |
| **Superior Scanning Systems**<br>**34 West Little Shag Lake**<br>**Gwinn, MI  49841** | **18,524.00** |
| **Sysco Eastern Wisconsin, LLC**<br>**One Sysco Dr**<br>**Jackson, WI  53037** | **17,739.00** |
| **Pan-O-Gold**<br>**PO BOx 848**<br>**St Cloud, MN  56302-0848** | **15,384.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 19, 2014**          Signature: */s/ Louis J. Meneguzzo*

**Louis J. Meneguzzo, President**

<span style="font-size:small">(Print Name and Title)</span>

## United States Bankruptcy Court
## Western District of Michigan

**IN RE:**                                                          Case No. _____

**Lakes Super Market, Inc.** _____    Chapter **11** _____
                            Debtor(s)

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $      5,000.00 | | |
| B - Personal Property | Yes | 3 | $    876,779.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   5,500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $      91,883.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | $   1,182,463.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 34 | $    881,779.00 | $   6,774,346.30 | |

**B6A (Official Form 6A) (12/07)**

**IN RE** **Lakes Super Market, Inc.** _____    Case No. _____
                                       Debtor(s)                                                (If known)

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Parking Lot across street from Hardware store in Lake Linden, MI** | | | **5,000.00** | **1,600,000.00** |
| | | | | |
| | | TOTAL | **5,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE **Lakes Super Market, Inc.** _____    Case No. _____
Debtor(s)                                                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

   Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | **4,000.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **2 Checking Accounts located at Range Bank in Calumet** | | **28,993.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Semco** | | **4,865.00** |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** <u>Lakes Super Market, Inc.</u>                          Case No. _____
                                  Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **General Accounts Receivable** | | **17,000.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Liquor License (resort - no value)** | | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Chevrolet Plow Truck (junk - no value)** | | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desks, Tables, Computers, and misc. office equipment and supplies** | | **2,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment - Calumet** | | **300,000.00** |
| | | **Equipment - Lake Linden** | | **50,000.00** |
| 30. Inventory. | | **Inventory - Calumet** | | **332,511.00** |
| | | **Inventory - Lake Linden** | | **130,410.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Lakes Super Market, Inc.</u>        Case No. _____
               Debtor(s)                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Monies being held frozen in a credit card processing account** | | **7,000.00** |
| | | | **TOTAL** | **876,779.00** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (04/13)**

**IN RE** **Lakes Super Market, Inc.** _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6D (Official Form 6D) (12/07)**

**IN RE** Lakes Super Market, Inc. _____   Case No. _____
         Debtor(s)                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Spartan Nash** <br>**111 Lyon St., NW, Ste 900** <br>**C/O Stephen B. Grow, Attorney At Law** <br>**Grand Rapids, MI  49503** | X | | **Cash on hand** <br><br><br> VALUE $ **876,914.00** | | | | **1,600,000.00** | **1,595,000.00** |
| ACCOUNT NO. <br><br>**Superior National Bank & Trust** <br>**205 S. Main St.** <br>**C/O Steward & Sheridan, PLC** <br>**Ishpeming, MI  49849** | X | | **Cash on hand** <br><br><br> VALUE $ **871,914.00** | | | | **3,900,000.00** | **3,028,086.00** |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

Subtotal (Total of this page)   $ **5,500,000.00**   $ **4,623,086.00**

Total (Use only on last page)   $ **5,500,000.00**   $ **4,623,086.00**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

**IN RE** Lakes Super Market, Inc. _____   Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Lakes Super Market, Inc. _____  Case No. _____
          Debtor(s)                                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA  19101-7346** | | | | | | | **50,000.00** | **50,000.00** | |
| ACCOUNT NO. <br> **State Of Michigan** <br> **PO Box 30199 Dep't Of Treasury** <br> **Lansing, MI  48909** | | | | | | | **20,000.00** | **20,000.00** | |
| ACCOUNT NO. <br> **State Of Michigan** <br> **PO Box 30016 Dep't Of Licensing** <br> **Lansing, MI  48909** | | | | | | | **6,000.00** | **6,000.00** | |
| ACCOUNT NO. <br> **State Of Michigan** <br> PO Box 30005 Liquor Control Commission <br> Lansing, MI  48909 | | | | | | | **682.00** | **682.00** | |
| ACCOUNT NO. <br> **Torch Lake Township** <br> **PO Box 429** <br> **Hubbell, MI  49934** | | | | | | | **15,201.00** | **15,201.00** | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **91,883.00**  $ **91,883.00**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **91,883.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **91,883.00**  $

**B6F (Official Form 6F) (12/07)**

**IN RE** Lakes Super Market, Inc. _____   Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**41 Lumber**<br>**PO Box 338**<br>**Quinnesec, MI  49876** | | | | | | | 910.48 |
| ACCOUNT NO.<br><br>**Acuity**<br>**PO Box 718**<br>**Sheboygan, MI  53081** | | | | | | | 48,522.00 |
| ACCOUNT NO.<br><br>**Advance Imaging Supply**<br>**14536 Friar Street**<br>**Van Nuys, CA  91411** | | | | | | | 99.00 |
| ACCOUNT NO.<br><br>**Affordable Leasing**<br>**PO Box 165**<br>**North Lake, WI  53064-0165** | | | | | | | 12,761.00 |

_____ **23** continuation sheets attached

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | $   62,292.48 |
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____    Case No. _____
              Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AFLAC**<br>**1932 Wynton Rd**<br>**Columbus, GA  31999-0797** | | | | | | | 885.00 |
| ACCOUNT NO.<br>**Al Telcom, Inc.**<br>**13371 Wall Street**<br>**Atlantic Mine, MI  49905** | | | | | | | 55.00 |
| ACCOUNT NO.<br>**ALK Contracting**<br>**11937 M 38**<br>**Alston, MI  46658** | | | | | | | 345.38 |
| ACCOUNT NO.<br>**Allied Electrostatic Of MN Inc**<br>**5709 152ND St**<br>**Calumet, MI  49913** | | | | | | | 4,804.00 |
| ACCOUNT NO.<br>**Always Available Sewer & Drain**<br>**56829 Laurium St**<br>**Calumet, MI  49913** | | | | | | | 737.00 |
| ACCOUNT NO.<br>**American Express (2nd Account)**<br>**PO Box 650448**<br>**Dallas, TX  75265-0448** | | | | | | | 637.00 |
| ACCOUNT NO.<br>**American Express ACH**<br>**PO Box 297879**<br>**Ft. Lauderdale, FL  33329-7879** | | | | | | | 7,800.00 |

Sheet no. **1** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,263.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____    Case No. _____
Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **American Welding**<br>**8003 Collection Center Dr.**<br>**Chicago, IL  60693-0800** | | | | | | | **302.00** |
| ACCOUNT NO. | | | | | | | |
| **American Welding**<br>**34919 North Tapiola**<br>**Pelkie, MI  49958** | | | | | | | **349.81** |
| ACCOUNT NO. | | | | | | | |
| **Armark**<br>**26470 Network Pl**<br>**Chicago, IL  60673-1264** | | | | | | | **85.00** |
| ACCOUNT NO. | | | | | | | |
| **Ascentium**<br>**PO Box 301593**<br>**Dallas, TX  75303-1593** | | | | | | | **69,314.00** |
| ACCOUNT NO. | | | | | | | |
| **Ascentium Capital, LLC**<br>**23970 HWY 59 N**<br>**Kingwood, TX  77339-1535** | | | | | | | **6,657.00** |
| ACCOUNT NO. | | | | | | | |
| **B & W Accounting**<br>**14035 39th Ave**<br>**North Plymouth, MN  55447** | | | | | | | **219.60** |
| ACCOUNT NO. | | | | | | | |
| **Bill's Electric**<br>**400 7th Street**<br>**Calumet, MI  49913** | | | | | | | **2,224.00** |

Sheet no. __**2**__ of __**23**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **79,151.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____    Case No. _____
        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bimbo Bakeries** <br> **255 Business Center Dr.** <br> **Horsham, PA  19044** | | | | | | | 12,111.00 |
| ACCOUNT NO. <br> **Birch Communications** <br> **PO Box 105066** <br> **Atlanta, GA  30348-5066** | | | | | | | 2,178.00 |
| ACCOUNT NO. <br> **Blau Distributing, LLC** <br> **403 Cooper Ave** <br> **Hancock, MI  49930-2140** | | | | | | | 364.00 |
| ACCOUNT NO. <br> **Burpee Garden Products** <br> **PO Box 8500-54042** <br> **Philadelphia, PA  19178-4042** | | | | | | | 425.09 |
| ACCOUNT NO. <br> **Butzel Long** <br> **Suite 100 150 West Jefferson** <br> **Detroit, MI  48226** | | | | | | | 2,093.00 |
| ACCOUNT NO. <br> **CFS** <br> **1341 Conrad Dr** <br> **Winona, MN  65987** | | | | | | | 2,400.00 |
| ACCOUNT NO. <br> **Charles Wery Farms** <br> **1748 Lenwood Ave** <br> **Green Bay, WI  54303** | | | | | | | 9,213.00 |

Sheet no. __**3**__ of __**23**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **28,784.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lakes Super Market, Inc.
_____    Case No. _____
Debtor(s)                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Chase**<br>**PO Box 94014 Cardmember Services**<br>**Palatine, IL  60094-4014** | | | | | | | **14,821.52** |
| ACCOUNT NO. | | | | | | | |
| **Chase**<br>**PO Box 94014**<br>**Palatine, IL  60094-4014** | | | | | | | **6,892.47** |
| ACCOUNT NO. | | | | | | | |
| **Chase**<br>**PO Box 15132 Cardmember Services**<br>**Wilmington, DE  19850-5123** | | | | | | | **11,734.51** |
| ACCOUNT NO. | | | | | | | |
| **Chermake Sausage**<br>**PO Box 1267**<br>**Manitowoc, WI  54221-1267** | | | | | | | **467.04** |
| ACCOUNT NO. | | | | | | | |
| **Chester Fried Of Wisconsin, Inc.**<br>**3150 Voyager Dr.**<br>**Green Bay, WI  54311** | | | | | | | **225.00** |
| ACCOUNT NO. | | | | | | | |
| **Citi Bank Shell**<br>**PO Box 183018**<br>**Cloumbus, OH  43218-3018** | | | | | | | **4,420.00** |
| ACCOUNT NO. | | | | | | | |
| **Coast Tape Inc**<br>**270 Big Oak Rd**<br>**St Augustine, FL  32095** | | | | | | | **229.64** |

Sheet no. __4__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **38,790.18**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____    Case No. _____
_____ Debtor(s) _____                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Credi Solve**<br>**PO Box 48439**<br>**Minneapolis, MN  55448-0439** | | | | | | | **487.45** |
| ACCOUNT NO. | | | | | | | |
| **Daily Globe**<br>**PO Box 639**<br>**Worthington, MN  65187** | | | | | | | **3,993.84** |
| ACCOUNT NO. | | | | | | | |
| **Daily Mining Gazette Advertising**<br>**PO Box 368**<br>**Houghton, MI  49931** | | | | | | | **5,308.00** |
| ACCOUNT NO. | | | | | | | |
| **Dearco Paint And Decorating Inc**<br>**1495 E Green Bay St**<br>**Shawano, WI  54166** | | | | | | | **115.14** |
| ACCOUNT NO. | | | | | | | |
| **Deluxe Business Checks And Solutions**<br>**PO Box 742572**<br>**Cincinnati, OH  45274-2572** | | | | | | | **547.65** |
| ACCOUNT NO. | | | | | | | |
| **Designotype Printers**<br>**22950 Airpark Blvd**<br>**Calumet, MI  49913** | | | | | | | **544.00** |
| ACCOUNT NO. | | | | | | | |
| **Discount Paper**<br>**PO Box 673445**<br>**Detroit, MI  48267-3445** | | | | | | | **346.30** |

Sheet no. ___**5**___ of ___**23**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **11,342.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____    Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Do It Best**<br>**PO Box 868**<br>**Fort Wayne, IN  46801** | | | | | | | **210,334.37** |
| ACCOUNT NO.<br>**Don Bartholemew**<br>**431 W Houghton Lake Dr**<br>**Prudenville, MI  48651** | | | | | | | **4,019.00** |
| ACCOUNT NO.<br>**Entrance Technologies**<br>**PO Box 1416**<br>**Eagle River, WI  54521** | | | | | | | **1,669.07** |
| ACCOUNT NO.<br>**ET Video Inc**<br>**PO Box 327**<br>**Coon Rapids, IA  50058** | | | | | | | **5,351.00** |
| ACCOUNT NO.<br>**Fasteners**<br>**PO Box 8397**<br>**Grand Rapids, MI  49518-8397** | | | | | | | **937.37** |
| ACCOUNT NO.<br>**Finn Tackle**<br>**334 5th Street**<br>**Calumet, MI  49913** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**First National ACH**<br>**PO Box 8557**<br>**Omaha, NE  68103-2557** | | | | | | | **2,438.90** |

Sheet no. ___**6**___ of ___**23**___ continuation sheets attached to                          Subtotal         $  **225,249.71**
Schedule of Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

                                                                                      Total
                                          (Use only on last page of the completed Schedule F. Report also on
                                          the Summary of Schedules, and if applicable, on the Statistical       $
                                          Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____ Case No. _____
                  Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Fortis** <br> **53155 Main Street** <br> **Novi, MI  49375** | | | | | | | **487.00** |
| ACCOUNT NO. <br> **Frito Lay** <br> **PO Box 643103** <br> **Pittsburgh, PA  15246-3103** | | | | | | | **3,050.00** |
| ACCOUNT NO. <br> **Glacier Water** <br> **1385 Park Center Dr.** <br> **Vista, CA  92081** | | | | | | | **97.27** |
| ACCOUNT NO. <br> **Green Light PSC Inc.** <br> **Harbor Park Dr** <br> **Port Washington, NY  11050** | | | | | | | **34,349.84** |
| ACCOUNT NO. <br> **Guardian Pest Control** <br> **701 E. Fourth Street** <br> **Duluth, MN  55805-2094** | | | | | | | **705.00** |
| ACCOUNT NO. <br> **H. Brooks & Company** <br> **500 Lakeview Point Dr** <br> **New  Brigton, MN  55112** | | | | | | | **23,270.00** |
| ACCOUNT NO. <br> **Haataja Referation, LLC** <br> **PO Box 241** <br> **Dollar Bay, MI  49922** | | | | | | | **11,430.00** |

Sheet no. ___**7**___ of ___**23**___ continuation sheets attached to                           Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims             (Total of this page)  $   **73,389.11**

                                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____   Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Halron Lubricants**<br>**PO Box 2188**<br>**Green Bay, WI 54306-2188** | | | | | | | 1,400.41 |
| ACCOUNT NO. | | | | | | | |
| **Hancock Schools**<br>**501 Campus Dr**<br>**Hancock, MI 00000** | | | | | | | 671.00 |
| ACCOUNT NO. | | | | | | | |
| **HD Supply**<br>**PO Box 509058**<br>**San Diego, CA 92150-9058** | | | | | | | 63.60 |
| ACCOUNT NO. | | | | | | | |
| **Hiawatha Chef Supply Inc**<br>**PO Box 644**<br>**Escanaba, MI 49829-0644** | | | | | | | 283.00 |
| ACCOUNT NO. | | | | | | | |
| **Hilgers Bait**<br>**W8895 State Hwy 47**<br>**Antigo, WI 54409** | | | | | | | 98.00 |
| ACCOUNT NO. | | | | | | | |
| **Houghton Community Broadcasting**<br>**212 E. Montezuma Ave**<br>**Houghton, MI 49931** | | | | | | | 256.96 |
| ACCOUNT NO. | | | | | | | |
| **Houghton County Memorial Airport**<br>**Suite 113 23810 Airpark Blvd**<br>**Calumet, MI 49913** | | | | | | | 2,690.47 |

Sheet no. __**8**__ of __**23**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,463.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**                                              Case No. _____
         Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HR Graphics**<br>**Park Circle**<br>**Chagrin Falls, OH  44023** | | | | | | | 277.13 |
| ACCOUNT NO.<br>**HR Graphics**<br>**16750 Park Circle**<br>**Chagrin Falls, OH  44023** | | | | | | | 281.29 |
| ACCOUNT NO.<br>**Hubert**<br>**25401 Network Place**<br>**Chicago, IL  60673-1254** | | | | | | | 3,921.54 |
| ACCOUNT NO.<br>**Image Label Corp**<br>**4288 Rider Trail N.**<br>**Earth City, MO  63045** | | | | | | | 87.13 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Cincinnati, OH  45999-0039** | | | | | | | 44,056.57 |
| ACCOUNT NO.<br>**Interstate Battery Center**<br>**4301 121ST**<br>**Urbandale, IA  95032** | | | | | | | 562.52 |
| ACCOUNT NO.<br>**Interstate Battery System**<br>**PO Box 290**<br>**Bruce Crossing, MI  49945** | | | | | | | 1,499.10 |

Sheet no. **9** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $  50,685.28

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____  Case No. _____
                           Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **IPayment Fortis Credit Card PO Box 3429 Thousand Oaks, CA 91359** | | | | | | | 184.95 |
| ACCOUNT NO. **Jilbert's Dairy 355 Mart St SW Grand Rapids, MI 49548** | | | | | | | 10,927.00 |
| ACCOUNT NO. **John's Refrigeration 838 Bovan Ave Green Bay, WI 54304** | | | | | | | 5,314.00 |
| ACCOUNT NO. **JW Perry Inc PO Box 542 Merrell, WI 54452** | | | | | | | 134.49 |
| ACCOUNT NO. **Keewenaw Chamber Of Commerce PO Box 336 Houghton, MI 49931** | | | | | | | 400.00 |
| ACCOUNT NO. **Keewenaw Trail Services 56638 Calumet Ave Calumet, MI 49913** | | | | | | | 550.00 |
| ACCOUNT NO. **KEHE Distributing 24973 Network Place Chicago, IL 60673-1249** | | | | | | | 11,232.00 |

Sheet no. __10__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   28,742.44

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____     Case No. _____
                       Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kevin's Self Storage**<br>**PO Box 154**<br>**Houghton, MI  49931** | | | | | | | 1,040.00 |
| ACCOUNT NO.<br>**Koehler & Dramm Wholesale Florist**<br>**2407 E Hennepin Ave**<br>**Minneapolis, MN  55413** | | | | | | | 1,589.06 |
| ACCOUNT NO.<br>**Koski Sign Repair**<br>**52470 State Hwy M203**<br>**Hancock, MI  49930** | | | | | | | 250.00 |
| ACCOUNT NO.<br>**LaCrosse Seed**<br>**PO Box 995**<br>**LaCrosse, WI  54602-0995** | | | | | | | 1,000.50 |
| ACCOUNT NO.<br>**Lagasco Propane**<br>**41405 US Hwy 41**<br>**Chassell, MI  49916-9225** | | | | | | | 2,790.00 |
| ACCOUNT NO.<br>**Lake Linden Village**<br>**401 Calumet Street**<br>**Lake Linden, MI  49945** | | | | | | | 888.00 |
| ACCOUNT NO.<br>**Lake Valley Seed**<br>**5717 Arapahoe**<br>**Boulder, CO  80303** | | | | | | | 549.40 |

Sheet no. __11__ of __23__ continuation sheets attached to                        Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims      (Total of this page) $ **8,106.96**

                                                                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____    Case No. _____
                          Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lammi Fire Protection** <br> **550 Hawley St** <br> **Marquette, MI  49855** | | | | | | | 151.80 |
| ACCOUNT NO. <br> **Laurium Village** <br> **PO Box 627** <br> **Laurium, MI  49913** | | | | | | | 615.03 |
| ACCOUNT NO. <br> **Lawrence Company** <br> **PO Box 804** <br> **Houghton, MI  49931** | | | | | | | 42.39 |
| ACCOUNT NO. <br> **Lazy K Ranch** <br> **5280 N Clare Ave** <br> **Harrison, MI  48625** | | | | | | | 724.00 |
| ACCOUNT NO. <br> **Leanin Tree Inc** <br> **PO Box 9500** <br> **Boulder, CO  80301** | | | | | | | 723.90 |
| ACCOUNT NO. <br> **Liturgical Publications, Inc.** <br> **2875 South James Drive** <br> **New Berlin, WI  53151** | | | | | | | 625.00 |
| ACCOUNT NO. <br> **Lou's Super Mining Journal** <br> **25680 LPM Dr.** <br> **Calumet, MI  49913** | | | | | | | 76.90 |

Sheet no. **12** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                         (Total of this page) $  **2,959.02**

                                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____ Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Mader News Agency, Inc.** <br>**PO Box 10006** <br>**Green Bay, WI  54307-0006** | | | | | | | 162.00 |
| ACCOUNT NO. <br><br>**Marlin Business Bank** <br>**PO Box 13604** <br>**Philadelphia, PA  19101-3604** | | | | | | | 1,126.96 |
| ACCOUNT NO. <br><br>**Marlin Business Bank** <br>**PO Box 13604** <br>**Philadelphia, PA  19101-3604** | | | | | | | 376.17 |
| ACCOUNT NO. <br><br>**McCabe Distributing** <br>**110 Kearsage Street** <br>**Laurium, MI  49913** | | | | | | | 796.00 |
| ACCOUNT NO. <br><br>**Michigan American Water** <br>**311 Fifth St.** <br>**Calumet, MI  49913** | | | | | | | 1,037.00 |
| ACCOUNT NO. <br><br>**Michigan Dept. Of Licencing** <br>**PO Box 30016** <br>**Lansing, MI  48909** | | | | | | | 6,000.00 |
| ACCOUNT NO. <br><br>**Michigan SIP Homes** <br>**48679 Harma Rd** <br>**Atlantic Mine, MI  49905** | | | | | | | 330.00 |

Sheet no. __**13**__ of __**23**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  9,828.13

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____ Case No. _____
   <span>Debtor(s)</span>                                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Midwest Security Systems, Inc.** <br> **2170 US 41 West** <br> **Marquette, MI  49855** | | | | | | | **210.00** |
| ACCOUNT NO. <br> **Mining Journal** <br> **249 W. Washington St.** <br> **Marquette, MI  49855** | | | | | | | **153.00** |
| ACCOUNT NO. <br> **NFIB** <br> **PO Box 305043** <br> **Nashville, TN  37230-5043** | | | | | | | **125.00** |
| ACCOUNT NO. <br> **Norseman Apparel & Promotions** <br> **East Research Center Rd** <br> **New Hope, MN  55426** | | | | | | | **129.90** |
| ACCOUNT NO. <br> **North Country Business** <br> **PO Box 910** <br> **Bemidji, MN  56501** | | | | | | | **5,477.91** |
| ACCOUNT NO. <br> **Northwest Petroleum** <br> **4080N 20th Ave** <br> **Wausau, WI  54401** | | | | | | | **10,028.00** |
| ACCOUNT NO. <br> **Ohiopyle Print** <br> **410 Dinnerbell Rd.** <br> **Ohiopyle, PA  15470** | | | | | | | **465.00** |

Sheet no. __14__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,588.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____ Case No. _____
    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **OHM Advisors**<br>424 Hancock St<br>Hancock, MI 49930 | | | | | | | 24,071.50 |
| ACCOUNT NO. | | | | | | | |
| **Old Fashioned Cheese**<br>PO Box 111<br>Mayville, WI 53050 | | | | | | | 236.44 |
| ACCOUNT NO. | | | | | | | |
| **Old Fashioned Cheese**<br>4239 Solutions Center<br>Chicago, IL 60677-4002 | | | | | | | 441.00 |
| ACCOUNT NO. | | | | | | | |
| **Orion Food Services**<br>PO Box 35210<br>Sioux Falls, SD 57118-5210 | | | | | | | 2,710.00 |
| ACCOUNT NO. | | | | | | | |
| **Osceola Township Taxes**<br>PO Box 437<br>Dollar Bay, MI 49922 | | | | | | | 76,113.40 |
| ACCOUNT NO. | | | | | | | |
| **P.S. Seasoning & Spice**<br>PO BOx 69 W Pleasant St<br>Iron Ridge, WI 53035 | | | | | | | 229.99 |
| ACCOUNT NO. | | | | | | | |
| **Pac Knife Sales**<br>6523 Skilbert Ave<br>Dorchester, WI 54425 | | | | | | | 802.00 |

Sheet no. __15__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **104,604.33**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____    Case No. _____
                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Pan-O-Gold**<br>**PO BOx 848**<br>**St Cloud, MN  56302-0848** | | | | | | | 15,384.00 |
| ACCOUNT NO. | | | | | | | |
| **Peterlin Distributing Co.**<br>**55980 US Hwy 41**<br>**Calumet, MI  49913** | | | | | | | 676.00 |
| ACCOUNT NO. | | | | | | | |
| **Peterson Fish Market**<br>**PO Box 535**<br>**Hancock, MI  49930** | | | | | | | 1,326.41 |
| ACCOUNT NO. | | | | | | | |
| **Pisani Company, Inc.**<br>**1551 Commerce Street**<br>**Ironwood, MI  49938** | | | | | | | 837.00 |
| ACCOUNT NO. | | | | | | | |
| **Plutchak Crane Rental**<br>**1715 US 41**<br>**Menominee, MI  49858** | | | | | | | 2,000.00 |
| ACCOUNT NO. | | | | | | | |
| **Prime Supply Co**<br>**PO Box 520**<br>**Iron Mountain, MI  49801** | | | | | | | 5,096.85 |
| ACCOUNT NO. | | | | | | | |
| **R.C. Mechanical Inc.**<br>**512131 N Hwy US 41**<br>**Hancock, MI  49801** | | | | | | | 1,552.00 |

Sheet no. __16__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **26,872.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.  _____    Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RAS Distributing** **101 West F Street** **Iron Mountain, MI  49801** | | | | | | | 914.00 |
| ACCOUNT NO. **Remy Battery Co. Inc.** **315 Dakota St** **Hancock, MI  49930** | | | | | | | 1,050.11 |
| ACCOUNT NO. **Retail Financial Services** **2800 Campus Dr Suite 150** **Plano, TX  75024** | | | | | | | 148.00 |
| ACCOUNT NO. **Retail Financial Services** **2800 Campus Dr., Ste 44** **St. Paul, MN  55112** | | | | | | | 678.00 |
| ACCOUNT NO. **Retail Loyalty Marketing, LLC** **PO Box 30845** **Edmond, OK  73003** | | | | | | | 678.00 |
| ACCOUNT NO. **Retailers Mutual Insurance Co.** **PO Box 673557** **Detroit, MI  48267-3557** | | | | | | | 9,247.50 |
| ACCOUNT NO. **Retalix** **6100 Tennyson Parkway Suite 600** **Grand Rapids, MI  49503** | | | | | | | 667.80 |

Sheet no. ___**17**___ of ___**23**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 13,383.41

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**                                          Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Rhoades McKee**<br>**161 Ottawa Ave NW Suite 600**<br>**Grand Rapids, MI  49503** | | | | | | | **6,032.51** |
| ACCOUNT NO. <br><br>**RJ Hilger & Sons**<br>**W8695 Hwy 47**<br>**Antigo, WI  54409-9160** | | | | | | | **50.00** |
| ACCOUNT NO. <br><br>**Rug Doctor, Inc.**<br>**PO Box 849958**<br>**Dallas, TX  75284-9958** | | | | | | | **123.00** |
| ACCOUNT NO. <br><br>**S. Abraham & Sons**<br>**PO Box 1768**<br>**Grand Rapids, MI  49501-1768** | | | | | | | **3,997.00** |
| ACCOUNT NO. <br><br>**Scale Lables Com**<br>**12210 W Washington St**<br>**Avondale, AZ  85323-0900** | | | | | | | **1,286.00** |
| ACCOUNT NO. <br><br>**Schuler Sign Products**<br>**1024 Point Creed Rd**<br>**Newton, WI  53063** | | | | | | | **1,250.00** |
| ACCOUNT NO. <br><br>**Schwan's Consumer Brans, Inc.**<br>**PO Box 1450**<br>**Minneapolis, MN  55485-5054** | | | | | | | **2,885.00** |

Sheet no. __**18**__ of __**23**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **15,623.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____ Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Sears Credit Card**<br>**Po Boc 6286**<br>**Sioux Falls, SD  57117-6286** | | | | | | | 4,597.90 |
| ACCOUNT NO. <br><br>**Semco Energy**<br>**PO Box 740812**<br>**Cincinnati, OH  45274-0812** | | | | | | | 1,147.00 |
| ACCOUNT NO. <br><br>**South Range Bottling**<br>**PO Box 9**<br>**South Range, MI  49963** | | | | | | | 107.00 |
| ACCOUNT NO. <br><br>**Spartan Nash**<br>**111 Lyon St. NW, Ste 900**<br>**C/O Stephen B. Grow**<br>**Grand Rapids, MI  49503** | | | | | | | 77,711.28 |
| ACCOUNT NO. <br><br>**Sports Specialist Of Milw**<br>**Po Box 10 W194 N11664 Mccormick Dr.**<br>**Germantown, WI  53022-0010** | | | | | | | 40,729.54 |
| ACCOUNT NO. <br><br>**Suburban Propane**<br>**PO Box 174**<br>**Wells, MI  49894** | | | | | | | 2,790.00 |
| ACCOUNT NO. <br><br>**Suburban Propane**<br>**7947 Pine St**<br>**Germfask, MI  49836** | | | | | | | 12,624.24 |

Sheet no. **19** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **139,706.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____ Case No. _____
Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Super Valu Payroll**<br>**7075 Flying Cloud Dr**<br>**Eden Prarie, MN  55344** | | | | | | | 20,735.14 |
| ACCOUNT NO. <br><br>**Superior Lock & Security**<br>**PO Box 254**<br>**Ishpeming, MI  49849** | | | | | | | 130.00 |
| ACCOUNT NO. <br><br>**Superior Scanning Systems**<br>**34 West Little Shag Lake**<br>**Gwinn, MI  49841** | | | | | | | 18,524.00 |
| ACCOUNT NO. <br><br>**Sysco Eastern Wisconsin, LLC**<br>**One Sysco Dr**<br>**Jackson, WI  53037** | | | | | | | 17,739.00 |
| ACCOUNT NO. <br><br>**The Gorilla Glue Company**<br>**4550 Red Jacket Expy**<br>**Cincinnati, OH  45227** | | | | | | | 865.38 |
| ACCOUNT NO. <br><br>**Tomasi**<br>**400 E Houghton Ave**<br>**Houghton, MI  49931** | | | | | | | 2,036.00 |
| ACCOUNT NO. <br><br>**TOMRA Of North America**<br>**Po Box 8500-7200**<br>**Philadelphia, PA  19178-7200** | | | | | | | 8,340.00 |

Sheet no. __20__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 68,369.52

Total | $
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____  Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Torch Lake Garbage Fund** <br> **PO Box 429** <br> **Hubbell, MI  49934** | | | | | | | 1,815.00 |
| ACCOUNT NO. <br> **Touchbase Communications** <br> **Po Bnox 1949** <br> **Newark, NJ  07101-1949** | | | | | | | 59.86 |
| ACCOUNT NO. <br> **TRM Copy Centers** <br> **7325 Solutions Center** <br> **Chicago, IL  60677-7003** | | | | | | | 78.00 |
| ACCOUNT NO. <br> **Twin City Greetings** <br> **Po Box 130 Elko** <br> **New Market, MN  55010-0130** | | | | | | | 2,570.00 |
| ACCOUNT NO. <br> **Unemployment Insurance Agency** <br> **Po Box 33598** <br> **Detroit, MI  48202** | | | | | | | 8,444.93 |
| ACCOUNT NO. <br> **Universal Credit Services** <br> **PO Box 158** <br> **Hartland, MI  48353-0158** | | | | | | | 86.00 |
| ACCOUNT NO. <br> **UP Snack** <br> **1239 Jasberg St** <br> **Hancock, MI  49930** | | | | | | | 256.00 |

Sheet no. __21__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 13,309.79

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____ Case No. _____
<span style="padding-left:3em;">Debtor(s)</span> <span style="padding-left:20em;">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**UPEE Today**<br>**505 Florida St**<br>**Laurium, MI  49913** | | | | | | | 170.00 |
| ACCOUNT NO.<br>**US Bank**<br>**Po Box 790408 Cardmember Services**<br>**St Louis, MO  63179-0408** | | | | | | | 64,033.00 |
| ACCOUNT NO.<br>**Valley Bakers**<br>**PO Box 437**<br>**Greenville, WI  54942-0437** | | | | | | | 5,160.00 |
| ACCOUNT NO.<br>**Valley News Co**<br>**1305 Stadium Rd**<br>**Mankato, MN  56001** | | | | | | | 2,051.00 |
| ACCOUNT NO.<br>**Verns Cheese**<br>**312 W Main St**<br>**Chilton, WI  53041-1312** | | | | | | | 1,011.00 |
| ACCOUNT NO.<br>**Vollwerth & Baroni Companies**<br>**PO Box 239**<br>**Hancock, MI  49930** | | | | | | | 2,217.00 |
| ACCOUNT NO.<br>**Waltons**<br>**3693 N Comotara St**<br>**Wichita, KS  67226** | | | | | | | 271.71 |

Sheet no. **22** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page) $   <b>74,913.71</b>

Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____    Case No. _____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Wandels Water Care** <br> **20287 US Hwy 45 N.** <br> **Bruce Crossing, MI  49912** | | | | | | | 80.75 |
| ACCOUNT NO. <br> **Wards Husquvarna Sales & Service Inc** <br> **PO Box 285** <br> **Dollar Bay, MI  49922** | | | | | | | 1,956.38 |
| ACCOUNT NO. <br> **WCCY Radio** <br> **313 E Montezuma Ave** <br> **Houghton, MI  49931** | | | | | | | 102.00 |
| ACCOUNT NO. <br> **Wienke's Market** <br> **282 Co Rd S** <br> **Algoma, WI  54201** | | | | | | | 2,151.86 |
| ACCOUNT NO. <br> **WMPL** <br> **Po Box 547** <br> **Hancock, MI  49930** | | | | | | | 4,842.00 |
| ACCOUNT NO. <br> **Yellow Stone** <br> **160 Pearl Street, 5th Floor** <br> **New York, NY  10005** | | | | | | | 59,910.00 |
| ACCOUNT NO. <br> | | | | | | | |

Sheet no. __23__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **69,042.99**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **1,182,463.30**

B6G (Official Form 6G) (12/07)

IN RE **Lakes Super Market, Inc.** _____    Case No. _____
                                                 Debtor(s)                                                         (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

**IN RE** <u>Lakes Super Market, Inc.</u>                                                    Case No. _____
                    Debtor(s)                                                                                              (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gregory Meneguzzo** | **Spartan Nash**<br>**111 Lyon St., NW, Ste 900**<br>**C/O Stephen B. Grow, Attorney At Law**<br>**Grand Rapids, MI  49503** |
| **Jason Meneguzzo** | **Spartan Nash**<br>**111 Lyon St., NW, Ste 900**<br>**C/O Stephen B. Grow, Attorney At Law**<br>**Grand Rapids, MI  49503** |
| **LJNG, LLC** | **Superior National Bank & Trust**<br>**205 S. Main St.**<br>**C/O Steward & Sheridan, PLC**<br>**Ishpeming, MI  49849** |
| **Louis J. Meneguzzo** | **Spartan Nash**<br>**111 Lyon St., NW, Ste 900**<br>**C/O Stephen B. Grow, Attorney At Law**<br>**Grand Rapids, MI  49503**<br><br>**Superior National Bank & Trust**<br>**205 S. Main St.**<br>**C/O Steward & Sheridan, PLC**<br>**Ishpeming, MI  49849** |
| **LPM/LJM Partnership** | **Superior National Bank & Trust**<br>**205 S. Main St.**<br>**C/O Steward & Sheridan, PLC**<br>**Ishpeming, MI  49849** |
| **Misty Meneguzzo** | **Spartan Nash**<br>**111 Lyon St., NW, Ste 900**<br>**C/O Stephen B. Grow, Attorney At Law**<br>**Grand Rapids, MI  49503** |
| **Nicholas Meneguzzo** | **Spartan Nash**<br>**111 Lyon St., NW, Ste 900**<br>**C/O Stephen B. Grow, Attorney At Law**<br>**Grand Rapids, MI  49503** |
| **Sandra R. Meneguzzo** | **Spartan Nash**<br>**111 Lyon St., NW, Ste 900**<br>**C/O Stephen B. Grow, Attorney At Law**<br>**Grand Rapids, MI  49503**<br><br>**Superior National Bank & Trust**<br>**205 S. Main St.**<br>**C/O Steward & Sheridan, PLC**<br>**Ishpeming, MI  49849** |
| **Tre Fratelli Enterprises, LLC** | **Superior National Bank & Trust**<br>**205 S. Main St.**<br>**C/O Steward & Sheridan, PLC**<br>**Ishpeming, MI  49849** |

**B6 Declaration (Official Form 6 - Declaration)  (12/07)**

IN RE  <u>Lakes Super Market, Inc.</u>                                          Case No. _____
                    <span>Debtor(s)</span>                                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                                                                                          Debtor

Date: _____        Signature: _____
                                                                                              (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>**President**</u>_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>**Lakes Super Market, Inc.**</u>_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**35** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 19, 2014**_____        Signature: ***/s/ Louis J. Meneguzzo***_____

                                        **Louis J. Meneguzzo**
                                                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of Michigan

IN RE:                                                              Case No. _____

**Lakes Super Market, Inc.**                                       Chapter **11**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None
☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE
**9,836,811.43   2013**

**3,487,381.90   2014 to date**

---

**2. Income other than from employment or operation of business**

None
☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.\* If the debtor is an individual, indicate with an asterisk (\*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Superior National Bank & Trust Co. v. LJNG, LLC, et al, Case No. 14-15881-CH** | **Suit on debt** | **Houghton County Circuit Court** | **Pending** |
| **Allied Electrostatic of MN, Inc. v. Lake's Super Market, Inc.** | **Suit on debt** | **97th District Court** | **Pending** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **State Of Michigan** | **April and July 2014** | **$6,000/Bank account levies re: back taxes** |

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$10,000** | **Employee Embezzlement - Lori Jurpie** | **2013** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dane P. Bays**<br>**109 E. Prospect Street**<br>**Marquette, MI  49855-0000** | | **20000** |

**10. Other transfers**

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lakes Super Market, Inc.** | | | **Operating entity re: Grocery Store in Calument, Grocery Store in Lake Linden, Quality Hardware Store in Calumet, Gas Stations at both locations - Calumet and Lake Linden** | **1976 to date** |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sandy Meneguzzo** | **1985 to date (bookkeeper)** |
| **Retail Financial** | **2010 to date (accountant)** |
| **Mark Franklin** | |
| **B&W** | **2014 (payroll)** |
| **John Winnocka** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Retail Financial** | **2010 to date** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS |
|---|
| **Sandy Meneguzzo** |
| **Retail Financial** |

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Superior National Bank & Trust** | **1-3 times per year** |
| **Spartan Nash** | **1-3 times per year** |

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **2-1-2014** | **Jason Meneguzzo** | **$700,000** |
| **October 2013** | **Jason Meneguzzo** | **$900,000** |
| **Partial inventories done monthly** | **Jason Meneguzzo** | **N/A** |
| **August 17-18, 2014** | **Jason Meneguzzo** | **$462,921 (cost)** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **2013 & 2014** | **Jason Meneguzzo** |

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Louis Meneguzzo** | **President** | **85% shareholder** |
| **Jason Meneguzzo** | **Operations Manager** | **5% shareholder** |
| **Nick Meneguzzo** | **Operations Manager** | **5% shareholder** |
| **Greg Meneguzzo** | | **5% shareholder** |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jason, Greg, And Nick Meneguzzo Employees/shareholder** | **$880 bi-weekly as salary (this is what it is supposed to be but in fact they have not been receiving this regularly)** | |
| **Louis Meneguzzo Shareholder/Employee** | **$1,700 bi-weekly (this is what it is supposed to be but in fact he has not been receiving it regularly)** | |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 19, 2014**          Signature: **/s/ Louis J. Meneguzzo**

**Louis J. Meneguzzo, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
　　　　Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

　　　　**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**
　　　　Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
　　　　Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
　　　　After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

　　　　**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**
　　　　Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

　　　　**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**
　　　　Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

　　　　A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**United States Bankruptcy Court**
**Western District of Michigan**

IN RE:                                                      Case No. _____

**Lakes Super Market, Inc.** _____  Chapter **11** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true to the best of my (our) knowledge.


Date: **August 19, 2014** _____    **_/s/ Louis J. Meneguzzo_** _____
                                              Debtor


                                              _____
                                              Joint Debtor

41 Lumber
PO Box 338
Quinnesec, MI  49876


97th Judicial District Court
401 E. Houghton St.
Houghton, MI  49931


Acuity
PO Box 718
Sheboygan, MI  53081


Advance Imaging Supply
14536 Friar Street
Van Nuys, CA  91411


Affordable Leasing
PO Box 165
North Lake, WI  53064-0165


AFLAC
1932 Wynton Rd
Columbus, GA  31999-0797


Al Telcom, Inc.
13371 Wall Street
Atlantic Mine, MI  49905

ALK Contracting
11937 M 38
Alston, MI   46658


Allied Electrostatic Of MN Inc
5709 152ND St
Calumet, MI   49913


Always Available Sewer & Drain
56829 Laurium St
Calumet, MI   49913


American Express (2nd Account)
PO Box 650448
Dallas, TX   75265-0448


American Express ACH
PO Box 297879
Ft. Lauderdale, FL   33329-7879


American Welding
8003 Collection Center Dr.
Chicago, IL   60693-0800


American Welding
34919 North Tapiola
Pelkie, MI   49958

Armark
26470 Network Pl
Chicago, IL  60673-1264


Ascentium
PO Box 301593
Dallas, TX  75303-1593


Ascentium Capital, LLC
23970 HWY 59 N
Kingwood, TX  77339-1535


B & W Accounting
14035 39th Ave
North Plymouth, MN  55447


Bill's Electric
400 7th Street
Calumet, MI  49913


Bimbo Bakeries
255 Business Center Dr.
Horsham, PA  19044


Birch Communications
PO Box 105066
Atlanta, GA  30348-5066

Blau Distributing, LLC
403 Cooper Ave
Hancock, MI   49930-2140


Burpee Garden Products
PO Box 8500-54042
Philadelphia, PA   19178-4042


Butzel Long
Suite 100 150 West Jefferson
Detroit, MI   48226


CFS
1341 Conrad Dr
Winona, MN   65987


Charles Wery Farms
1748 Lenwood Ave
Green Bay, WI   54303


Chase
PO Box 94014 Cardmember Services
Palatine, IL   60094-4014


Chase
PO Box 94014
Palatine, IL   60094-4014

```
Chase
PO Box 15132 Cardmember Services
Wilmington, DE  19850-5123


Chermake Sausage
PO Box 1267
Manitowoc, WI  54221-1267


Chester Fried Of Wisconsin, Inc.
3150 Voyager Dr.
Green Bay, WI  54311


Citi Bank Shell
PO Box 183018
Cloumbus, OH  43218-3018


Coast Tape Inc
270 Big Oak Rd
St Augustine, FL  32095


Credi Solve
PO Box 48439
Minneapolis, MN  55448-0439


Daily Globe
PO Box 639
Worthington, MN  65187
```

Daily Mining Gazette Advertising
PO Box 368
Houghton, MI  49931


Dearco Paint And Decorating Inc
1495 E Green Bay St
Shawano, WI  54166


Deluxe Business Checks And Solutions
PO Box 742572
Cincinnati, OH  45274-2572


Designotype Printers
22950 Airpark Blvd
Calumet, MI  49913


Discount Paper
PO Box 673445
Detroit, MI  48267-3445


Do It Best
PO Box 868
Fort Wayne, IN  46801


Don Bartholemew
431 W Houghton Lake Dr
Prudenville, MI  48651

Entrance Technologies
PO Box 1416
Eagle River, WI  54521


ET Video Inc
PO Box 327
Coon Rapids, IA  50058


Fasteners
PO Box 8397
Grand Rapids, MI  49518-8397


Finn Tackle
334 5th Street
Calumet, MI  49913


First National ACH
PO Box 8557
Omaha, NE  68103-2557


Fortis
53155 Main Street
Novi, MI  49375


Frito Lay
PO Box 643103
Pittsburgh, PA  15246-3103

Glacier Water
1385 Park Center Dr.
Vista, CA  92081


Green Light PSC Inc.
Harbor Park Dr
Port Washington, NY  11050


Guardian Pest Control
701 E. Fourth Street
Duluth, MN  55805-2094


H. Brooks & Company
500 Lakeview Point Dr
New  Brigton, MN  55112


Haataja Referation, LLC
PO Box 241
Dollar Bay, MI  49922


Halron Lubricants
PO Box 2188
Green Bay, WI  54306-2188


Hancock Schools
501 Campus Dr
Hancock, MI  00000

HD Supply
PO Box 509058
San Diego, CA  92150-9058


Hiawatha Chef Supply Inc
PO Box 644
Escanaba, MI  49829-0644


Hilgers Bait
W8895 State Hwy 47
Antigo, WI  54409


Houghton Community Broadcasting
212 E. Montezuma Ave
Houghton, MI  49931


Houghton County Circuit Court
402 E. Houghton Ave.
Houghton, MI  49931


Houghton County Memorial Airport
Suite 113 23810 Airpark Blvd
Calumet, MI  49913


HR Graphics
Park Circle
Chagrin Falls, OH  44023

HR Graphics
16750 Park Circle
Chagrin Falls, OH  44023


Hubert
25401 Network Place
Chicago, IL  60673-1254


Image Label Corp
4288 Rider Trail N.
Earth City, MO  63045


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Internal Revenue Service
Cincinnati, OH  45999-0039


Interstate Battery Center
4301 121ST
Urbandale, IA  95032


Interstate Battery System
PO Box 290
Bruce Crossing, MI  49945

```
IPayment Fortis Credit Card
PO Box 3429
Thousand Oaks, CA  91359


Jilbert's Dairy
355 Mart St SW
Grand Rapids, MI  49548


John's Refrigeration
838 Bovan Ave
Green Bay, WI  54304


JW Perry Inc
PO Box 542
Merrell, WI  54452


Keewenaw Chamber Of Commerce
PO Box 336
Houghton, MI  49931


Keewenaw Trail Services
56638 Calumet Ave
Calumet, MI  49913


KEHE Distributing
24973 Network Place
Chicago, IL  60673-1249
```

Kevin's Self Storage
PO Box 154
Houghton, MI  49931


Koehler & Dramm Wholesale Florist
2407 E Hennepin Ave
Minneapolis, MN  55413


Koski Sign Repair
52470 State Hwy M203
Hancock, MI  49930


LaCrosse Seed
PO Box 995
LaCrosse, WI  54602-0995


Lagasco Propane
41405 US Hwy 41
Chassell, MI  49916-9225


Lake Linden Village
401 Calumet Street
Lake Linden, MI  49945


Lake Valley Seed
5717 Arapahoe
Boulder, CO  80303

```
Lammi Fire Protection
550 Hawley St
Marquette, MI   49855


Laurium Village
PO Box 627
Laurium, MI   49913


Lawrence Company
PO Box 804
Houghton, MI   49931


Lazy K Ranch
5280 N Clare Ave
Harrison, MI   48625


Leanin Tree Inc
PO Box 9500
Boulder, CO   80301


Liturgical Publications, Inc.
2875 South James Drive
New Berlin, WI   53151


Lou's Super Mining Journal
25680 LPM Dr.
Calumet, MI   49913
```

Mader News Agency, Inc.
PO Box 10006
Green Bay, WI  54307-0006


Marlin Business Bank
PO Box 13604
Philadelphia, PA  19101-3604


McCabe Distributing
110 Kearsage Street
Laurium, MI  49913


Michigan American Water
311 Fifth St.
Calumet, MI  49913


Michigan Dept. Of Licencing
PO Box 30016
Lansing, MI  48909


Michigan SIP Homes
48679 Harma Rd
Atlantic Mine, MI  49905


Midwest Security Systems, Inc.
2170 US 41 West
Marquette, MI  49855

Mining Journal
249 W. Washington St.
Marquette, MI  49855


NFIB
PO Box 305043
Nashville, TN  37230-5043


Norseman Apparel & Promotions
East Research Center Rd
New Hope, MN  55426


North Country Business
PO Box 910
Bemidji, MN  56501


Northwest Petroleum
4080N 20th Ave
Wausau, WI  54401


Ohiopyle Print
410 Dinnerbell Rd.
Ohiopyle, PA  15470


OHM Advisors
424 Hancock St
Hancock, MI  49930

```
Old Fashioned Cheese
PO Box 111
Mayville, WI  53050


Old Fashioned Cheese
4239 Solutions Center
Chicago, IL  60677-4002


Orion Food Services
PO Box 35210
Sioux Falls, SD  57118-5210


Osceola Township Taxes
PO Box 437
Dollar Bay, MI  49922


P.S. Seasoning & Spice
PO BOx 69 W Pleasant St
Iron Ridge, WI  53035


Pac Knife Sales
6523 Skilbert Ave
Dorchester, WI  54425


Pan-O-Gold
PO BOx 848
St Cloud, MN  56302-0848
```

```
Peterlin Distributing Co.
55980 US Hwy 41
Calumet, MI  49913


Peterson Fish Market
PO Box 535
Hancock, MI  49930


Pisani Company, Inc.
1551 Commerce Street
Ironwood, MI  49938


Plutchak Crane Rental
1715 US 41
Menominee, MI  49858


Prime Supply Co
PO Box 520
Iron Mountain, MI  49801


R.C. Mechanical Inc.
512131 N Hwy US 41
Hancock, MI  49801


RAS Distributing
101 West F Street
Iron Mountain, MI  49801
```

```
Remy Battery Co. Inc.
315 Dakota St
Hancock, MI  49930


Retail Financial Services
2800 Campus Dr Suite 150
Plano, TX  75024


Retail Financial Services
2800 Campus Dr., Ste 44
St. Paul, MN  55112


Retail Loyalty Marketing, LLC
PO Box 30845
Edmond, OK  73003


Retailers Mutual Insurance Co.
PO Box 673557
Detroit, MI  48267-3557


Retalix
6100 Tennyson Parkway Suite 600
Grand Rapids, MI  49503


Rhoades McKee
161 Ottawa Ave NW Suite 600
Grand Rapids, MI  49503
```

```
RJ Hilger & Sons
W8695 Hwy 47
Antigo, WI  54409-9160


Rug Doctor, Inc.
PO Box 849958
Dallas, TX  75284-9958


S. Abraham & Sons
PO Box 1768
Grand Rapids, MI  49501-1768


Scale Lables Com
12210 W Washington St
Avondale, AZ  85323-0900


Schuler Sign Products
1024 Point Creed Rd
Newton, WI  53063


Schwan's Consumer Brans, Inc.
PO Box 1450
Minneapolis, MN  55485-5054


Sears Credit Card
Po Boc 6286
Sioux Falls, SD  57117-6286
```

Semco Energy
PO Box 740812
Cincinnati, OH  45274-0812


South Range Bottling
PO Box 9
South Range, MI  49963


Spartan Nash
111 Lyon St. NW, Ste 900
C/O Stephen B. Grow
Grand Rapids, MI  49503


Spartan Nash
111 Lyon St., NW, Ste 900
C/O Stephen B. Grow, Attorney At Law
Grand Rapids, MI  49503


Sports Specialist Of Milw
Po Box 10 W194 N11664 Mccormick Dr.
Germantown, WI  53022-0010


State Of Michigan
PO Box 30199 Dep't Of Treasury
Lansing, MI  48909


State Of Michigan
PO Box 30016 Dep't Of Licensing
Lansing, MI  48909

State Of Michigan
PO Box 30005 Liquor Control Commission
Lansing, MI   48909


Suburban Propane
PO Box 174
Wells, MI   49894


Suburban Propane
7947 Pine St
Germfask, MI   49836


Super Valu Payroll
7075 Flying Cloud Dr
Eden Prarie, MN   55344


Superior Lock & Security
PO Box 254
Ishpeming, MI   49849


Superior National Bank & Trust
205 S. Main St.
C/O Steward & Sheridan, PLC
Ishpeming, MI   49849


Superior Scanning Systems
34 West Little Shag Lake
Gwinn, MI   49841

Sysco Eastern Wisconsin, LLC
One Sysco Dr
Jackson, WI  53037


The Gorilla Glue Company
4550 Red Jacket Expy
Cincinnati, OH  45227


Tomasi
400 E Houghton Ave
Houghton, MI  49931


TOMRA Of North America
Po Box 8500-7200
Philadelphia, PA  19178-7200


Torch Lake Garbage Fund
PO Box 429
Hubbell, MI  49934


Torch Lake Township
PO Box 429
Hubbell, MI  49934


Touchbase Communications
Po Bnox 1949
Newark, NJ  07101-1949

TRM Copy Centers
7325 Solutions Center
Chicago, IL  60677-7003


Twin City Greetings
Po Box 130 Elko
New Market, MN  55010-0130


Unemployment Insurance Agency
Po Box 33598
Detroit, MI  48202


Universal Credit Services
PO Box 158
Hartland, MI  48353-0158


UP Snack
1239 Jasberg St
Hancock, MI  49930


UPEE Today
505 Florida St
Laurium, MI  49913


US Bank
Po Box 790408 Cardmember Services
St Louis, MO  63179-0408

Valley Bakers
PO Box 437
Greenville, WI  54942-0437


Valley News Co
1305 Stadium Rd
Mankato, MN  56001


Verns Cheese
312 W Main St
Chilton, WI  53041-1312


Vollwerth & Baroni Companies
PO Box 239
Hancock, MI  49930


Waltons
3693 N Comotara St
Wichita, KS  67226


Wandels Water Care
20287 US Hwy 45 N.
Bruce Crossing, MI  49912


Wards Husquvarna Sales & Service Inc
PO Box 285
Dollar Bay, MI  49922

WCCY Radio
313 E Montezuma Ave
Houghton, MI  49931


Wienke's Market
282 Co Rd S
Algoma, WI  54201


WMPL
Po Box 547
Hancock, MI  49930


Yellow Stone
160 Pearl Street, 5th Floor
New York, NY  10005

**United States Bankruptcy Court**
**Western District of Michigan**

IN RE:                                                                                       Case No. _____

Lakes Super Market, Inc._____    Chapter **11**_____
                                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer | Social Security number (If the bankruptcy |
| Address: | petition preparer is not an individual, state |
| | the Social Security number of the officer, |
| | principal, responsible person, or partner of |
| | the bankruptcy petition preparer.) |
| **X**_____ | (Required by 11 U.S.C. § 110.) |

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Lakes Super Market, Inc._____    **X** */s/ Louis J. Meneguzzo*                8/19/2014
Printed Name(s) of Debtor(s)                         Signature of Debtor                        Date

Case No. (if known) _____    **X**_____
                                                                  Signature of Joint Debtor (if any)            Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.