**B6F (Official Form 6F) (12/07)**

**IN RE** Lakes Super Market, Inc. _____     Case No. **14-bk-90309** _____
Debtor(s)                                                                                    (If known)

<h1 align="center">AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS</h1>

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**41 Lumber**<br>**PO Box 338**<br>**Quinnesec, MI  49876** | | | | | | | 910.48 |
| ACCOUNT NO.<br><br>**Acuity**<br>**PO Box 718**<br>**Sheboygan, MI  53081** | | | | | | | 48,522.00 |
| ACCOUNT NO.<br><br>**Advance Imaging Supply**<br>**14536 Friar Street**<br>**Van Nuys, CA  91411** | | | | | | | 99.00 |
| ACCOUNT NO.<br><br>**Affordable Leasing**<br>**PO Box 165**<br>**North Lake, WI  53064-0165** | | | | | | | 12,761.00 |

____**24**____ continuation sheets attached

Subtotal
(Total of this page) $ **62,292.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.                                   Case No. **14-bk-90309**
_____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AFLAC** <br> **1932 Wynton Rd** <br> **Columbus, GA  31999-0797** | | | | | | | 885.00 |
| ACCOUNT NO. <br> **Al Telcom, Inc.** <br> **13371 Wall Street** <br> **Atlantic Mine, MI  49905** | | | | | | | 55.00 |
| ACCOUNT NO. <br> **ALK Contracting** <br> **11937 M 38** <br> **Alston, MI  46658** | | | | | | | 345.38 |
| ACCOUNT NO. <br> **Allied Electrostatic Of MN Inc** <br> **5709 152ND St** <br> **Calumet, MI  49913** | | | | | | | 4,804.00 |
| ACCOUNT NO. <br> **Always Available Sewer & Drain** <br> **56829 Laurium St** <br> **Calumet, MI  49913** | | | | | | | 737.00 |
| ACCOUNT NO. <br> **American Express (2nd Account)** <br> **PO Box 650448** <br> **Dallas, TX  75265-0448** | | | | | | | 637.00 |
| ACCOUNT NO. <br> **American Express ACH** <br> **PO Box 297879** <br> **Ft. Lauderdale, FL  33329-7879** | | | | | | | 7,800.00 |

Sheet no. **1** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ **15,263.38** |
| Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**                                          Case No. **14-bk-90309**
_____                                    _____
Debtor(s)                                                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Welding**<br>**8003 Collection Center Dr.**<br>**Chicago, IL  60693-0800** | | | | | | | **302.00** |
| ACCOUNT NO.<br>**American Welding**<br>**34919 North Tapiola**<br>**Pelkie, MI  49958** | | | | | | | **349.81** |
| ACCOUNT NO.<br>**Armark**<br>**26470 Network Pl**<br>**Chicago, IL  60673-1264** | | | | | | | **85.00** |
| ACCOUNT NO.<br>**Ascentium**<br>**PO Box 301593**<br>**Dallas, TX  75303-1593** | | | | | | | **69,314.00** |
| ACCOUNT NO.<br>**Ascentium Capital, LLC**<br>**23970 HWY 59 N**<br>**Kingwood, TX  77339-1535** | | | | | | | **6,657.00** |
| ACCOUNT NO.<br>**B & W Accounting**<br>**14035 39th Ave**<br>**North Plymouth, MN  55447** | | | | | | | **219.60** |
| ACCOUNT NO.<br>**Bill's Electric**<br>**400 7th Street**<br>**Calumet, MI  49913** | | | | | | | **2,224.00** |

Sheet no. **2** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **79,151.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.        Case No. **14-bk-90309**

Debtor(s)        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bimbo Bakeries**<br>**255 Business Center Dr.**<br>**Horsham, PA  19044** | | | | | | | 12,111.00 |
| ACCOUNT NO.<br>**Birch Communications**<br>**PO Box 105066**<br>**Atlanta, GA  30348-5066** | | | | | | | 2,178.00 |
| ACCOUNT NO.<br>**Blau Distributing, LLC**<br>**403 Cooper Ave**<br>**Hancock, MI  49930-2140** | | | | | | | 364.00 |
| ACCOUNT NO.<br>**Burpee Garden Products**<br>**PO Box 8500-54042**<br>**Philadelphia, PA  19178-4042** | | | | | | | 425.09 |
| ACCOUNT NO.<br>**Butzel Long**<br>**Suite 100 150 West Jefferson**<br>**Detroit, MI  48226** | | | | | | | 2,093.00 |
| ACCOUNT NO.<br>**CFS**<br>**1341 Conrad Dr**<br>**Winona, MN  65987** | | | | | | | 2,400.00 |
| ACCOUNT NO.<br>**Charles Wery Farms**<br>**1748 Lenwood Ave**<br>**Green Bay, WI  54303** | | | | | | | 9,213.00 |

Sheet no. **3** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,784.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**                                    Case No. **14-bk-90309**
        Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Chase** <br> **PO Box 94014 Cardmember Services** <br> **Palatine, IL  60094-4014** | | | | | | | 14,821.52 |
| ACCOUNT NO. <br> **Chase** <br> **PO Box 94014** <br> **Palatine, IL  60094-4014** | | | | | | | 6,892.47 |
| ACCOUNT NO. <br> **Chase** <br> **PO Box 15132 Cardmember Services** <br> **Wilmington, DE  19850-5123** | | | | | | | 11,734.51 |
| ACCOUNT NO. <br> **Chermake Sausage** <br> **PO Box 1267** <br> **Manitowoc, WI  54221-1267** | | | | | | | 467.04 |
| ACCOUNT NO. <br> **Chester Fried Of Wisconsin, Inc.** <br> **3150 Voyager Dr.** <br> **Green Bay, WI  54311** | | | | | | | 225.00 |
| ACCOUNT NO. <br> **Citi Bank Shell** <br> **PO Box 183018** <br> **Cloumbus, OH  43218-3018** | | | | | | | 4,420.00 |
| ACCOUNT NO. <br> **Coast Tape Inc** <br> **270 Big Oak Rd** <br> **St Augustine, FL  32095** | | | | | | | 229.64 |

Sheet no. **4** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **38,790.18**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.                                    Case No. **14-bk-90309**
_____                              _____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Credi Solve**<br>**PO Box 48439**<br>**Minneapolis, MN  55448-0439** | | | | | | | **487.45** |
| ACCOUNT NO. | | | | | | | |
| **Daily Globe**<br>**PO Box 639**<br>**Worthington, MN  65187** | | | | | | | **3,993.84** |
| ACCOUNT NO. | | | | | | | |
| **Daily Mining Gazette Advertising**<br>**PO Box 368**<br>**Houghton, MI  49931** | | | | | | | **5,308.00** |
| ACCOUNT NO. | | | | | | | |
| **Dearco Paint And Decorating Inc**<br>**1495 E Green Bay St**<br>**Shawano, WI  54166** | | | | | | | **115.14** |
| ACCOUNT NO. | | | | | | | |
| **Deluxe Business Checks And Solutions**<br>**PO Box 742572**<br>**Cincinnati, OH  45274-2572** | | | | | | | **547.65** |
| ACCOUNT NO. | | | | | | | |
| **Designotype Printers**<br>**22950 Airpark Blvd**<br>**Calumet, MI  49913** | | | | | | | **544.00** |
| ACCOUNT NO. | | | | | | | |
| **Discount Paper**<br>**PO Box 673445**<br>**Detroit, MI  48267-3445** | | | | | | | **346.30** |

Sheet no. _____**5**_____ of _____**24**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,342.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.            Case No. **14-bk-90309**

Debtor(s)            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Do It Best** <br> **PO Box 868** <br> **Fort Wayne, IN 46801** | | | | | | | 210,334.37 |
| ACCOUNT NO. <br> **Don Bartholemew** <br> **431 W Houghton Lake Dr** <br> **Prudenville, MI 48651** | | | | | | | 4,019.00 |
| ACCOUNT NO. <br> **Entrance Technologies** <br> **PO Box 1416** <br> **Eagle River, WI 54521** | | | | | | | 1,669.07 |
| ACCOUNT NO. <br> **ET Video Inc** <br> **PO Box 327** <br> **Coon Rapids, IA 50058** | | | | | | | 5,351.00 |
| ACCOUNT NO. <br> **Fasteners** <br> **PO Box 8397** <br> **Grand Rapids, MI 49518-8397** | | | | | | | 937.37 |
| ACCOUNT NO. <br> **Finn Tackle** <br> **334 5th Street** <br> **Calumet, MI 49913** | | | | | | | 500.00 |
| ACCOUNT NO. <br> **First National ACH** <br> **PO Box 8557** <br> **Omaha, NE 68103-2557** | | | | | | | 2,438.90 |

Sheet no. **6** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **225,249.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.                                              Case No. **14-bk-90309**

Debtor(s)                                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Fortis**<br>**53155 Main Street**<br>**Novi, MI  49375** | | | | | | | **487.00** |
| ACCOUNT NO. <br><br>**Frito Lay**<br>**PO Box 643103**<br>**Pittsburgh, PA  15246-3103** | | | | | | | **3,050.00** |
| ACCOUNT NO. <br><br>**Glacier Water**<br>**1385 Park Center Dr.**<br>**Vista, CA  92081** | | | | | | | **97.27** |
| ACCOUNT NO. <br><br>**Green Light PSC Inc.**<br>**Harbor Park Dr**<br>**Port Washington, NY  11050** | | | | | | | **34,349.84** |
| ACCOUNT NO. <br><br>**Guardian Pest Control**<br>**701 E. Fourth Street**<br>**Duluth, MN  55805-2094** | | | | | | | **705.00** |
| ACCOUNT NO. <br><br>**H. Brooks & Company**<br>**500 Lakeview Point Dr**<br>**New  Brigton, MN  55112** | | | | | | | **23,270.00** |
| ACCOUNT NO. <br><br>**Haataja Referation, LLC**<br>**PO Box 241**<br>**Dollar Bay, MI  49922** | | | | | | | **11,430.00** |

Sheet no. **7** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **73,389.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**                                        Case No. **14-bk-90309**
_____                          _____
Debtor(s)                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Halron Lubricants** **PO Box 2188** **Green Bay, WI  54306-2188** | | | | | | | 1,400.41 |
| ACCOUNT NO. | | | | | | | |
| **Hancock Schools** **501 Campus Dr** **Hancock, MI  00000** | | | | | | | 671.00 |
| ACCOUNT NO. | | | | | | | |
| **HD Supply** **PO Box 509058** **San Diego, CA  92150-9058** | | | | | | | 63.60 |
| ACCOUNT NO. | | | | | | | |
| **Hiawatha Chef Supply Inc** **PO Box 644** **Escanaba, MI  49829-0644** | | | | | | | 283.00 |
| ACCOUNT NO. | | | | | | | |
| **Hilgers Bait** **W8895 State Hwy 47** **Antigo, WI  54409** | | | | | | | 98.00 |
| ACCOUNT NO. | | | | | | | |
| **Houghton Community Broadcasting** **212 E. Montezuma Ave** **Houghton, MI  49931** | | | | | | | 256.96 |
| ACCOUNT NO. | | | | | | | |
| **Houghton County Memorial Airport** **Suite 113 23810 Airpark Blvd** **Calumet, MI  49913** | | | | | | | 2,690.47 |

Sheet no. **8** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,463.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lakes Super Market, Inc.                                    Case No. **14-bk-90309**
_____
Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| HR Graphics<br>Park Circle<br>Chagrin Falls, OH 44023 | | | | | | | 277.13 |
| ACCOUNT NO. | | | | | | | |
| HR Graphics<br>16750 Park Circle<br>Chagrin Falls, OH 44023 | | | | | | | 281.29 |
| ACCOUNT NO. | | | | | | | |
| Hubert<br>25401 Network Place<br>Chicago, IL 60673-1254 | | | | | | | 3,921.54 |
| ACCOUNT NO. | | | | | | | |
| Image Label Corp<br>4288 Rider Trail N.<br>Earth City, MO 63045 | | | | | | | 87.13 |
| ACCOUNT NO. | | | | | | | |
| Internal Revenue Service<br>Cincinnati, OH 45999-0039 | | | | | | | 44,056.57 |
| ACCOUNT NO. | | | | | | | |
| Interstate Battery Center<br>4301 121ST<br>Urbandale, IA 95032 | | | | | | | 562.52 |
| ACCOUNT NO. | | | | | | | |
| Interstate Battery System<br>PO Box 290<br>Bruce Crossing, MI 49945 | | | | | | | 1,499.10 |

Sheet no. **9** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **50,685.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**        Case No. **14-bk-90309**

Debtor(s)                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **IPayment Fortis Credit Card** <br> **PO Box 3429** <br> **Thousand Oaks, CA  91359** | | | | | | | 184.95 |
| ACCOUNT NO. <br> **Jilbert's Dairy** <br> **355 Mart St SW** <br> **Grand Rapids, MI  49548** | | | | | | | 10,927.00 |
| ACCOUNT NO. <br> **John's Refrigeration** <br> **838 Bovan Ave** <br> **Green Bay, WI  54304** | | | | | | | 5,314.00 |
| ACCOUNT NO. <br> **JW Perry Inc** <br> **PO Box 542** <br> **Merrell, WI  54452** | | | | | | | 134.49 |
| ACCOUNT NO. <br> **Keewenaw Chamber Of Commerce** <br> **PO Box 336** <br> **Houghton, MI  49931** | | | | | | | 400.00 |
| ACCOUNT NO. <br> **Keewenaw Trail Services** <br> **56638 Calumet Ave** <br> **Calumet, MI  49913** | | | | | | | 550.00 |
| ACCOUNT NO. <br> **KEHE Distributing** <br> **24973 Network Place** <br> **Chicago, IL  60673-1249** | | | | | | | 11,232.00 |

Sheet no. **10** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,742.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.                                                Case No. **14-bk-90309**
_____
                    Debtor(s)                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kevin's Self Storage**<br>**PO Box 154**<br>**Houghton, MI  49931** | | | | | | | 1,040.00 |
| ACCOUNT NO.<br>**Koehler & Dramm Wholesale Florist**<br>**2407 E Hennepin Ave**<br>**Minneapolis, MN  55413** | | | | | | | 1,589.06 |
| ACCOUNT NO.<br>**Koski Sign Repair**<br>**52470 State Hwy M203**<br>**Hancock, MI  49930** | | | | | | | 250.00 |
| ACCOUNT NO.<br>**LaCrosse Seed**<br>**PO Box 995**<br>**LaCrosse, WI  54602-0995** | | | | | | | 1,000.50 |
| ACCOUNT NO.<br>**Lagasco Propane**<br>**41405 US Hwy 41**<br>**Chassell, MI  49916-9225** | | | | | | | 2,790.00 |
| ACCOUNT NO.<br>**Lake Linden Village**<br>**401 Calumet Street**<br>**Lake Linden, MI  49945** | | | | | | | 888.00 |
| ACCOUNT NO.<br>**Lake Valley Seed**<br>**5717 Arapahoe**<br>**Boulder, CO  80303** | | | | | | | 549.40 |

Sheet no. __**11**__ of __**24**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,106.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**                                    Case No. **14-bk-90309**
_____                              _____
Debtor(s)                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Lammi Fire Protection** 550 Hawley St Marquette, MI  49855 | | | | | | | 151.80 |
| ACCOUNT NO. | | | | | | | |
| **Laurium Village** PO Box 627 Laurium, MI  49913 | | | | | | | 615.03 |
| ACCOUNT NO. | | | | | | | |
| **Lawrence Company** PO Box 804 Houghton, MI  49931 | | | | | | | 42.39 |
| ACCOUNT NO. | | | | | | | |
| **Lazy K Ranch** 5280 N Clare Ave Harrison, MI  48625 | | | | | | | 724.00 |
| ACCOUNT NO. | | | | | | | |
| **Leanin Tree Inc** PO Box 9500 Boulder, CO  80301 | | | | | | | 723.90 |
| ACCOUNT NO. | | | | | | | |
| **Liturgical Publications, Inc.** 2875 South James Drive New Berlin, WI  53151 | | | | | | | 625.00 |
| ACCOUNT NO. | | | | | | | |
| **Lou's Super Mining Journal** 25680 LPM Dr. Calumet, MI  49913 | | | | | | | 76.90 |

Sheet no. __**12**__ of __**24**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,959.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**                                    Case No. **14-bk-90309**
_____                    _____
                        Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Louis J. Meneguzzo** <br> **52930 State Highway M26** <br> **Lake Linden, MI  49945-1392** | | | shareholder loan | | | | **855,389.00** |
| ACCOUNT NO. <br> **Mader News Agency, Inc.** <br> **PO Box 10006** <br> **Green Bay, WI  54307-0006** | | | | | | | **162.00** |
| ACCOUNT NO. <br> **Marlin Business Bank** <br> **PO Box 13604** <br> **Philadelphia, PA  19101-3604** | | | | | | | **1,126.96** |
| ACCOUNT NO. <br> **Marlin Business Bank** <br> **PO Box 13604** <br> **Philadelphia, PA  19101-3604** | | | | | | | **376.17** |
| ACCOUNT NO. <br> **McCabe Distributing** <br> **110 Kearsage Street** <br> **Laurium, MI  49913** | | | | | | | **796.00** |
| ACCOUNT NO. <br> **Michigan American Water** <br> **311 Fifth St.** <br> **Calumet, MI  49913** | | | | | | | **1,037.00** |
| ACCOUNT NO. <br> **Michigan Dept. Of Licencing** <br> **PO Box 30016** <br> **Lansing, MI  48909** | | | | | | | **6,000.00** |

Sheet no. **13** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **864,887.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.        Case No. **14-bk-90309**

Debtor(s)                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Michigan SIP Homes** <br> **48679 Harma Rd** <br> **Atlantic Mine, MI  49905** | | | | | | | 330.00 |
| ACCOUNT NO. <br> **Midwest Security Systems, Inc.** <br> **2170 US 41 West** <br> **Marquette, MI  49855** | | | | | | | 210.00 |
| ACCOUNT NO. <br> **Mining Journal** <br> **249 W. Washington St.** <br> **Marquette, MI  49855** | | | | | | | 153.00 |
| ACCOUNT NO. <br> **NFIB** <br> **PO Box 305043** <br> **Nashville, TN  37230-5043** | | | | | | | 125.00 |
| ACCOUNT NO. <br> **Norseman Apparel & Promotions** <br> **East Research Center Rd** <br> **New Hope, MN  55426** | | | | | | | 129.90 |
| ACCOUNT NO. <br> **North Country Business** <br> **PO Box 910** <br> **Bemidji, MN  56501** | | | | | | | 5,477.91 |
| ACCOUNT NO. <br> **Northwest Petroleum** <br> **4080N 20th Ave** <br> **Wausau, WI  54401** | | | | | | | 10,028.00 |

Sheet no. **14** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,453.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc. _____    Case No. **14-bk-90309**

Debtor(s)                                                                 (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ohiopyle Print <br> 410 Dinnerbell Rd. <br> Ohiopyle, PA  15470 | | | | | | | 465.00 |
| ACCOUNT NO. <br><br> OHM Advisors <br> 424 Hancock St <br> Hancock, MI  49930 | | | | | | | 24,071.50 |
| ACCOUNT NO. <br><br> Old Fashioned Cheese <br> PO Box 111 <br> Mayville, WI  53050 | | | | | | | 236.44 |
| ACCOUNT NO. <br><br> Old Fashioned Cheese <br> 4239 Solutions Center <br> Chicago, IL  60677-4002 | | | | | | | 441.00 |
| ACCOUNT NO. <br><br> Orion Food Services <br> PO Box 35210 <br> Sioux Falls, SD  57118-5210 | | | | | | | 2,710.00 |
| ACCOUNT NO. <br><br> Osceola Township Taxes <br> PO Box 437 <br> Dollar Bay, MI  49922 | | | | | | | 76,113.40 |
| ACCOUNT NO. <br><br> P.S. Seasoning & Spice <br> PO BOx 69 W Pleasant St <br> Iron Ridge, WI  53035 | | | | | | | 229.99 |

Sheet no. **15** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **104,267.33**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lakes Super Market, Inc.                                             Case No. **14-bk-90309**
_____
                    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Pac Knife Sales 6523 Skilbert Ave Dorchester, WI 54425 | | | | | | | 802.00 |
| ACCOUNT NO. | | | | | | | |
| Pan-O-Gold PO BOx 848 St Cloud, MN 56302-0848 | | | | | | | 15,384.00 |
| ACCOUNT NO. | | | | | | | |
| Peterlin Distributing Co. 55980 US Hwy 41 Calumet, MI 49913 | | | | | | | 676.00 |
| ACCOUNT NO. | | | | | | | |
| Peterson Fish Market PO Box 535 Hancock, MI 49930 | | | | | | | 1,326.41 |
| ACCOUNT NO. | | | | | | | |
| Pisani Company, Inc. 1551 Commerce Street Ironwood, MI 49938 | | | | | | | 837.00 |
| ACCOUNT NO. | | | | | | | |
| Plutchak Crane Rental 1715 US 41 Menominee, MI 49858 | | | | | | | 2,000.00 |
| ACCOUNT NO. | | | | | | | |
| Prime Supply Co PO Box 520 Iron Mountain, MI 49801 | | | | | | | 5,096.85 |

Sheet no. __16__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **26,122.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lakes Super Market, Inc.                                        Case No. **14-bk-90309**
_____                                    _____
Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | insider loan | | | | |
| **Quality Hardway of Lake Linden** **200 Calumet St** **Lake Linden, MI  49945-1310** | | | | | | | **150,073.00** |
| ACCOUNT NO. | | | | | | | |
| **R.C. Mechanical Inc.** **512131 N Hwy US 41** **Hancock, MI  49801** | | | | | | | **1,552.00** |
| ACCOUNT NO. | | | | | | | |
| **RAS Distributing** **101 West F Street** **Iron Mountain, MI  49801** | | | | | | | **914.00** |
| ACCOUNT NO. | | | | | | | |
| **Remy Battery Co. Inc.** **315 Dakota St** **Hancock, MI  49930** | | | | | | | **1,050.11** |
| ACCOUNT NO. | | | | | | | |
| **Retail Financial Services** **2800 Campus Dr Suite 150** **Plano, TX  75024** | | | | | | | **148.00** |
| ACCOUNT NO. | | | | | | | |
| **Retail Financial Services** **2800 Campus Dr., Ste 44** **St. Paul, MN  55112** | | | | | | | **678.00** |
| ACCOUNT NO. | | | | | | | |
| **Retail Loyalty Marketing, LLC** **PO Box 30845** **Edmond, OK  73003** | | | | | | | **678.00** |

Sheet no. __17__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **155,093.11**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.                                    Case No. **14-bk-90309**

Debtor(s)                                                                      (If known)

### AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Retailers Mutual Insurance Co.** <br> PO Box 673557 <br> Detroit, MI  48267-3557 | | | | | | | 9,247.50 |
| ACCOUNT NO. <br><br> **Retalix** <br> 6100 Tennyson Parkway Suite 600 <br> Grand Rapids, MI  49503 | | | | | | | 667.80 |
| ACCOUNT NO. <br><br> **Rhoades McKee** <br> 161 Ottawa Ave NW Suite 600 <br> Grand Rapids, MI  49503 | | | | | | | 6,032.51 |
| ACCOUNT NO. <br><br> **RJ Hilger & Sons** <br> W8695 Hwy 47 <br> Antigo, WI  54409-9160 | | | | | | | 50.00 |
| ACCOUNT NO. <br><br> **Rug Doctor, Inc.** <br> PO Box 849958 <br> Dallas, TX  75284-9958 | | | | | | | 123.00 |
| ACCOUNT NO. <br><br> **S. Abraham & Sons** <br> PO Box 1768 <br> Grand Rapids, MI  49501-1768 | | | | | | | 3,997.00 |
| ACCOUNT NO. <br><br> **Scale Lables Com** <br> 12210 W Washington St <br> Avondale, AZ  85323-0900 | | | | | | | 1,286.00 |

Sheet no. **18** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **21,403.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.                                        Case No. **14-bk-90309**

_____Debtor(s)_____                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Schuler Sign Products 1024 Point Creed Rd Newton, WI 53063 | | | | | | | 1,250.00 |
| ACCOUNT NO. | | | | | | | |
| Schwan's Consumer Brans, Inc. PO Box 1450 Minneapolis, MN 55485-5054 | | | | | | | 2,885.00 |
| ACCOUNT NO. | | | | | | | |
| Sears Credit Card Po Boc 6286 Sioux Falls, SD 57117-6286 | | | | | | | 4,597.90 |
| ACCOUNT NO. | | | | | | | |
| Semco Energy PO Box 740812 Cincinnati, OH 45274-0812 | | | | | | | 1,147.00 |
| ACCOUNT NO. | | | | | | | |
| South Range Bottling PO Box 9 South Range, MI 49963 | | | | | | | 107.00 |
| ACCOUNT NO. | | | | | | | |
| Spartan Nash 111 Lyon St. NW, Ste 900 C/O Stephen B. Grow Grand Rapids, MI 49503 | | | | | | | 77,711.28 |
| ACCOUNT NO. | | | | | | | |
| Sports Specialist Of Milw Po Box 10 W194 N11664 Mccormick Dr. Germantown, WI 53022-0010 | | | | | | | 40,729.54 |

Sheet no. __**19**__ of __**24**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **128,427.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.                                    Case No. **14-bk-90309**

_____                    _____
Debtor(s)                                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Suburban Propane**<br>**PO Box 174**<br>**Wells, MI  49894** | | | | | | | 2,790.00 |
| ACCOUNT NO. | | | | | | | |
| **Suburban Propane**<br>**7947 Pine St**<br>**Germfask, MI  49836** | | | | | | | 12,624.24 |
| ACCOUNT NO. | | | | | | | |
| **Super Valu Payroll**<br>**7075 Flying Cloud Dr**<br>**Eden Prarie, MN  55344** | | | | | | | 20,735.14 |
| ACCOUNT NO. | | | | | | | |
| **Superior Lock & Security**<br>**PO Box 254**<br>**Ishpeming, MI  49849** | | | | | | | 130.00 |
| ACCOUNT NO. | | | | | | | |
| **Superior Scanning Systems**<br>**34 West Little Shag Lake**<br>**Gwinn, MI  49841** | | | | | | | 18,524.00 |
| ACCOUNT NO. | | | | | | | |
| **Sysco Eastern Wisconsin, LLC**<br>**One Sysco Dr**<br>**Jackson, WI  53037** | | | | | | | 17,739.00 |
| ACCOUNT NO. | | | | | | | |
| **The Gorilla Glue Company**<br>**4550 Red Jacket Expy**<br>**Cincinnati, OH  45227** | | | | | | | 865.38 |

Sheet no. **20** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    73,407.76

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.                                          Case No. **14-bk-90309**
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Tomasi** <br> **400 E Houghton Ave** <br> **Houghton, MI  49931** | | | | | | | 2,036.00 |
| ACCOUNT NO. <br> **TOMRA Of North America** <br> **Po Box 8500-7200** <br> **Philadelphia, PA  19178-7200** | | | | | | | 8,340.00 |
| ACCOUNT NO. <br> **Torch Lake Garbage Fund** <br> **PO Box 429** <br> **Hubbell, MI  49934** | | | | | | | 1,815.00 |
| ACCOUNT NO. <br> **Touchbase Communications** <br> **Po Bnox 1949** <br> **Newark, NJ  07101-1949** | | | | | | | 59.86 |
| ACCOUNT NO. <br> **Tre Fratelli, LLC** <br> **200 Calumet St** <br> **Lake Linden, MI  49945-1310** | | | insider loan | | | | 20,681.00 |
| ACCOUNT NO. <br> **TRM Copy Centers** <br> **7325 Solutions Center** <br> **Chicago, IL  60677-7003** | | | | | | | 78.00 |
| ACCOUNT NO. <br> **Twin City Greetings** <br> **Po Box 130 Elko** <br> **New Market, MN  55010-0130** | | | | | | | 2,570.00 |

Sheet no. __**21**__ of __**24**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **35,579.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lakes Super Market, Inc.                                    Case No. **14-bk-90309**

Debtor(s)                                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Unemployment Insurance Agency** Po Box 33598 Detroit, MI 48202 | | | | | | | 8,444.93 |
| ACCOUNT NO. | | | | | | | |
| **Universal Credit Services** PO Box 158 Hartland, MI 48353-0158 | | | | | | | 86.00 |
| ACCOUNT NO. | | | | | | | |
| **UP Snack** 1239 Jasberg St Hancock, MI 49930 | | | | | | | 256.00 |
| ACCOUNT NO. | | | | | | | |
| **UPEE Today** 505 Florida St Laurium, MI 49913 | | | | | | | 170.00 |
| ACCOUNT NO. | | | | | | | |
| **US Bank** Po Box 790408 Cardmember Services St Louis, MO 63179-0408 | | | | | | | 64,033.00 |
| ACCOUNT NO. | | | | | | | |
| **Valley Bakers** PO Box 437 Greenville, WI 54942-0437 | | | | | | | 5,160.00 |
| ACCOUNT NO. | | | | | | | |
| **Valley News Co** 1305 Stadium Rd Mankato, MN 56001 | | | | | | | 2,051.00 |

Sheet no. **22** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **80,200.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**      Case No. **14-bk-90309**
_____
Debtor(s)      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Verns Cheese <br> 312 W Main St <br> Chilton, WI 53041-1312 | | | | | | | 1,011.00 |
| ACCOUNT NO. <br> Vollwerth & Baroni Companies <br> PO Box 239 <br> Hancock, MI 49930 | | | | | | | 2,217.00 |
| ACCOUNT NO. <br> Waltons <br> 3693 N Comotara St <br> Wichita, KS 67226 | | | | | | | 271.71 |
| ACCOUNT NO. <br> Wandels Water Care <br> 20287 US Hwy 45 N. <br> Bruce Crossing, MI 49912 | | | | | | | 80.75 |
| ACCOUNT NO. <br> Wards Husquvarna Sales & Service Inc <br> PO Box 285 <br> Dollar Bay, MI 49922 | | | | | | | 1,956.38 |
| ACCOUNT NO. <br> WCCY Radio <br> 313 E Montezuma Ave <br> Houghton, MI 49931 | | | | | | | 102.00 |
| ACCOUNT NO. <br> Wienke's Market <br> 282 Co Rd S <br> Algoma, WI 54201 | | | | | | | 2,151.86 |

Sheet no. **23** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 7,790.70

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lakes Super Market, Inc.**                                   Case No. **14-bk-90309**
_____
Debtor(s)                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **WMPL** <br> **Po Box 547** <br> **Hancock, MI  49930** | | | | | | | **4,842.00** |
| ACCOUNT NO. <br><br> **Yellow Stone** <br> **160 Pearl Street, 5th Floor** <br> **New York, NY  10005** | | | | | | | **59,910.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **24** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **64,752.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **2,208,606.30**

B6G (Official Form 6G) (12/07)

IN RE **Lakes Super Market, Inc.**                                    Case No. **14-bk-90309**
_____                    _____
                    Debtor(s)                                              (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **LJNG, LLC** | **Debtor leases the commercial real estate from LJNG, LLC** |