```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF MICHIGAN
                           NORTHERN DIVISION
```

**IN RE:**

LAKES SUPER MARKET, INC.,              CASE NO.  14-90309
                                       Chapter 11
                                       Hon. Scott W. Dales

       Debtor.
_____/

## ORDER CONFIRMING CHAPTER 11 PLAN

    At a session of said Court held in
    the Bankruptcy Court in the City of
    Marquette, Michigan.

PRESENT:  HONORABLE SCOTT W. DALES, CHIEF BANKRUPTCY JUDGE

The Second Amended Plan of Reorganization under chapter 11 of the Bankruptcy Code filed by Lakes Super Market, Inc., on August 17, 2015, or a summary thereof, having been transmitted to creditors and equity security holders; and

It having been determined after hearing and notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied;

**IT IS ORDERED** that:

The Second Amended Plan of Reorganization filed by Lakes Super Market, Inc., on August 17, 2015, is confirmed.

**IT IS FURTHER ORDERED** that the terms set forth in the Stipulation Amending the Debtor's Second Amended Plan of

Reorganization to Add Torch Lake Township as a Priority Creditor, filed on September 17, 2015, shall be fully incorporated into the Second Amended Plan of Reorganization as though fully set forth therein.

**END ORDER**

**IT IS SO ORDERED.**

**Dated September 24, 2015**



_____
Scott W. Dales
United States Bankruptcy Judge